# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128156

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 128156
                                     COA: 258410
                                     Oakland CC: 2002-186986-FC

TORE LEADEONTRE PRICE,
      Defendant-Appellant.

_____/

      By order of September 28, 2005, the application for leave to appeal was held in abeyance pending the decision in *People v McKay* (Docket No. 126930). On December 16, 2005, the application in *People v McKay* was denied, 474 Mich 967 (2005). On order of the Court, the application for leave to appeal the January 11, 2005 order of the Court of Appeals is again considered, and we DIRECT the Oakland County Prosecuting Attorney to answer the defendant's application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2006

_____
Clerk

d0517